# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
L-3 Communications Integrated Systems, L.P. )    ASBCA No. 59695
)
Under Contract Nos. FA8620-06-G-4002 )
FA8620-06-G-4003 )

APPEARANCE FOR THE APPELLANT:        Karen L. Manos, Esq.
        Gibson, Dunn & Crutcher LLP
        Washington, DC

APPEARANCES FOR THE GOVERNMENT:        E. Michael Chiaparas, Esq.
        DCMA Chief Trial Attorney
        Stephen R. Dooley, Esq.
        Senior Trial Attorney
        Defense Contract Management Agency
        Boston, MA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 4 November 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59695, Appeal of L-3 Communications Integrated Systems, L.P., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals